# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0424
Lower Tribunal No. 2023-CA-000513

_____

THERESA SPEZIALE,

Appellant,

v.

NORTHWOOD HOSPITALITY, LLC d/b/a NAPLES GRANDE BEACH RESORT,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and MIZE, JJ., concur.


J. Samantha Vacciana, of Trial Lawyers of Florida, Fort Lauderdale, for Appellant.

Donna M. Krusbe, of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED